Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–21079–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tony Kostovski
  PO BOX 823
  Saddle Brook, NJ 07663–0823

Social Security No.:
  xxx–xx–0095

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 10, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 24 – 18
Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan (related document:18 Objection to Confirmation of Plan (related document:2 Chapter 13 Plan. Filed by Russell L. Low on behalf of Tony Kostovski. filed by Debtor Tony Kostovski) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. (Attachments: # 1 Chapter 13 Plan Review # 2 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/9/2018. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 10, 2018
JAN: car

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21079-RG
Tony Kostovski                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Aug 10, 2018
                             Form ID: orderntc       Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db              Tony Kostovski,   PO BOX 823,   Saddle Brook, NJ  07663-0823
cr             +HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, fl 33487-2853
cr             +PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkyefile@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
           NJ_ECF_Notices@McCalla.com
          Nicholas V. Rogers    on behalf of Creditor   HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR
           PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK
           USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2
           nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Tony  Kostovski rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 9