UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

TONY KOSTOVSKI

Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-21079 RG

Hearing Date:  10/3/2018

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

# ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 12, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 18-21079 RG

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 5/31/2018, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 6/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $400.00 for a period of 5 month(s), and then

    the sum of $500.00 for a period of 55 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that any additional attorney fees not yet applied will require an increase in plan payments; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,500.00. The unpaid balance of the allowed fee in the amount of $2,000.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21079-RG
Tony Kostovski                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 16, 2018
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db        Tony Kostovski,   PO BOX 823,   Saddle Brook, NJ   07663-0823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
           Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           Kevin M. Buttery   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
            bkyefile@rasflaw.com
           Marie-Ann Greenberg   magecf@magtrustee.com
           Melissa N. Licker   on behalf of Creditor   JPMorgan Chase Bank, National Association
            NJ_ECF_Notices@McCalla.com
           Nicholas V. Rogers   on behalf of Creditor   PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com
           Nicholas V. Rogers   on behalf of Creditor   HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com
           Russell L. Low   on behalf of Debtor Tony Kostovski rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
           Sindi Mncina   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 10