Melissa Licker, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Tony Kostovski, | Case No. 18-21079-RG |
|  | Hearing Date: September 4, 2019 at 10:00AM |
| Debtor. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY AND REQUIRING DEBTOR PAY ONGOING ESCROWS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: December 30, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:            Tony Kostovski
Case No.:          18-21079-RG
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY AND REQUIRING DEBTOR PAY ONGOING ESCROWS**

THIS MATTER having been opened to the Court upon the Motion for Adeuqate Protection, or in the Alternative, Relief from Automatic Stay filed by JPMorgan Chase Bank, National Association ("Movant"), with respect to the property commonly known as 28 ALASKA ST, Garfield, New Jersey 07026, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor shall pay and is responsible for paying all ongoing escrows, including property taxes and hazard insurance premiums as they come due.

2. To the extent Movant has advanced amounts to third parties on Debtor's behalf post-petition, Movant is entitled to file a supplemental proof of claim to recover those amount through plan payments.

3. If Debtor should default by failing to pay property taxes and maintaining property insurance and if Movant is required to advance funds on Debtor's behalf for said payments during the pendency of this case for fourteen (14) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property commonly known as 28 ALASKA ST, Garfield, New Jersey 07026.

4. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

Page 3
Debtor:           Tony Kostovski
Case No.:         18-21079-RG
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY**

---

Consent to Form and Entry

| **McCalla Raymer Leibert Pierce, LLC** | **Low & Low** |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By:  /s/*Melissa Licker* | By:  /s/*Russel L. Low* |
|      Melissa Licker, Esq. |      Russell L. Low |
| Date:  December 24, 2019 | Date:  December 24, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:  
Tony Kostovski  
    Debtor

Case No. 18-21079-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin                Page 1 of 1           Date Rcvd: Dec 30, 2019
                         Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db        Tony Kostovski,   PO BOX 823,   Saddle Brook, NJ   07663-0823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Buttery   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyefile@rasflaw.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Melissa N. Licker   on behalf of Creditor   JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com
        Nicholas V. Rogers   on behalf of Creditor   PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com
        Russell L. Low   on behalf of Debtor Tony Kostovski rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Sherri Jennifer Smith   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sindi Mncina   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 13