Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21079−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tony Kostovski
PO BOX 823
Saddle Brook, NJ 07663−0823

Social Security No.:
xxx−xx−0095

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

*58* – Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:57 Application for Compensation for Russell L. Low, attorney, period: to, fee: $400.00, expenses: $0.00. Filed by Russell L. Low. Objection deadline is 4/21/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Tony Kostovski) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court