| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>**Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | Order Filed on April 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 18-21079 |
| In Re:<br><br>TONY KOSTOVSKI<br><br>Debtor(s) | Chapter 13<br><br>Judge:  The Honorable Rosemary Gambardella |

### AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 27, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

  _X_    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

The debtor's monthly plan is modified to require a payment of $511.89 per month for 37 months starting May 1, 2020 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-21079-RG
Tony Kostovski                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 27, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.
db          Tony Kostovski,    PO BOX 823,    Saddle Brook, NJ   07663-0823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyefile@rasflaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
      Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com
      Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
      Russell L. Low    on behalf of Debtor Tony Kostovski ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Sherri Jennifer Smith    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com
      Sindi Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 15