RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tony Kostovski | : | CASE NO. 18-21079 |
| Debtor | : | HONORABLE ROSEMARY GAMBARDELLA |

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM STAY**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Tony Kostovski in this bankruptcy proceeding.

2. On June 8, 2020 a Motion for Relief from Stay was filed by Nationstar Mortgage LLC dba Mr. Cooper.

3. I was unable to reach the debtor in time to file an opposition.

4. Therefore I am requesting additional time for attempts to be made to contact the debtor in efforts to resolve the matter.


Date:  <u>July 8, 2020</u>                                                          /s/ Russell L. Low
                                                                            **RUSSELL L. LOW, ESQ.**
                                                                            Attorney for Debtor