UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

Order Filed on November 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Tony Kostovski,**

    **Debtor.**

Case No.:  18-21079-RG

Chapter:  13

Hearing Date: August 5, 2020

Judge:  Rosemary Gambardella

# ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: November 5, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**

Secured Creditor: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Secured Creditor's Counsel: RAS Citron, LLC

Debtor's Counsel: Russell L. Low, Esq.

Property Involved ("Collateral"): 79 Getty Ave, Unit 2A Clifton, NJ 07011

Relief sought: ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 4 months from May 1, 2020 through July 1, 2020.
    - The Debtor is overdue for 1 payments from May 1, 2020 at $896.38 per month.
    - The Debtor is overdue for 3 payments from June 1, 2020 at $897.23 per month.

    Funds Held In Suspense $303.62.

    Total Arrearages Due $3,284.45.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on September 1, 2020, regular monthly mortgage payments shall continue to be made directly to Secured Creditor in the amount of $897.23. This amount is subject to change based on escrow and/or interest rate adjustments.

    - Beginning on September 15, 2020, monthly cure payments shall be made in the amount of $547.40 for 5 months with a 6th and final payments in the amount of $547.45 coming due on or before February 15, 2021.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment: Nationstar Mortgage LLC
    ATTN: Bankruptcy Dept
    PO Box 619094
    Dallas, Texas 75261-9741

    ■ Monthly cure payment: Nationstar Mortgage LLC
    ATTN: Bankruptcy Dept
    PO Box 619094
    Dallas, Texas 75261-9741

4. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-21079-RG |
| Tony Kostovski | Chapter 13 |
| Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tony Kostovski, PO BOX 823, Saddle Brook, NJ 07663-0823 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 08, 2020 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC F/K/A BAYVIEW LOAN SERVICING, LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing  LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin Gordon McDonald | |

Case 18-21079-RG    Doc 74    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin M. Buttery
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyefile@rasflaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Bayview Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Nicholas V. Rogers
    on behalf of Creditor PHH MORTGAGE CORPORATION  AS SERVICER FOR HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com

Phillip Andrew Raymond
    on behalf of Creditor Bayview Loan Servicing  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert Davidow
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Russell L. Low
    on behalf of Debtor Tony Kostovski ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER sdeluca@rasflaw.com

Sherri Jennifer Smith
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION ssmith@pincuslaw.com, nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com

Sindi Mncina
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21