Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21079−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tony Kostovski
   PO BOX 823
   Saddle Brook, NJ 07663−0823

Social Security No.:
   xxx−xx−0095

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on December 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 93 − 78
Order Granting Application to Employ Michael Cannataro as Real Estate Attorney (Related Doc # 78). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/30/2020. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 2, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-21079-RG |
| Tony Kostovski | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: orderntc | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tony Kostovski, PO BOX 823, Saddle Brook, NJ 07663-0823 |
| aty | + | Michael Cannataro, 986 McBride Ave, Woodland Park, NJ 07424-2619 |
| cr | + | HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, fl 33487-2853 |
| cr | + | PHH MORTGAGE CORPORATION, AS SERVICER FOR HSBC BAN, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

Case 18-21079-RG    Doc 99    Filed 12/04/20    Entered 12/05/20 00:23:24    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: orderntc | Total Noticed: 6 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyefile@rasflaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor PHH MORTGAGE CORPORATION AS SERVICER FOR HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR PHH ALTERNATIVE MORTGAGE TRUST SERIES 2007-2 nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor Bayview Loan Servicing LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert Davidow | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Russell L. Low | on behalf of Debtor Tony Kostovski ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER sdeluca@rasflaw.com |
| Sherri Jennifer Smith | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 21