**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

Order Filed on December 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Tony Kostovski | : | HONORABLE ROSEMARY GAMBARDELLA |
| | : | CHAPTER 13 |
| Debtor (s) | : | Case No. 18-21079 |

**AMENDED ORDER AUTHORIZING RETENTION OF REALTOR, JOHNNY ROJAS**

_____

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Johnny Rojas as the debtor's realtor, it is hereby ORDERED:

1. The application is authorized to retain the above party in the professional capacity noted.
   The professional's address:  <u>Century 21</u>
   <u>352 Lanza Ave.</u>
   <u>Garfield, NJ 07026</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on property application (s).

3. If the professional requested a waiver as noted below, it is __ Granted __ Denied.
   ___ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J LBR 2016-1.
   ___ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1, in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. The debtor's realtor, Johnny Rojas will receive all commission. The debtor will not receive any commission.