**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Tony Kostovski | : CASE NO. 18-21079 |
| Debtor | : The Honorable Rosemary Gambardella |
| | : Hearing Date: December 16, 2020 at 10:00 a.m. |

---

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

**Recommended Local Form:** ☐ Followed    ☐ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

**DATED: December 21, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as: **79 Getty Ave., Apt 3A Clifton, NJ 07011**.

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

| Name of Professional | Amount to be Paid |
| --- | --- |
| Michael Cannataro, Esq. | $1,500.00 flat fee |
| Johnny Rojas | $4,300.00 (5% commission) |
| Russell L. Low, Esq. | $1,750.00 |

Services Rendered: Real Estate Attorney, Realtor, and Chapter 13 Attorney

3. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

4. The balance due to Nationstar Mortgage d/b/a Mr. Cooper as of the date of closing must be paid in full from a pay-off provided to at closing from the proceeds of the sale of the Property.

5. If the closing for the sale of the debtor's property at 5 Sewall Ave Clifton, NJ 07011 does not occur at all or does not occur before the closing for the sale at 79 Getty Ave., Apt 3A Clifton, NJ 07011, then the debtor must pay non-exempt proceeds from the sale of the property at 79 Getty

Ave., Apt 3A Clifton, NJ 07011 into the Chapter 13 Plan for the benefit of the unsecured creditors.

6. The sale of the property must take place within 120 days after the entry of this Order.

7. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.