Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–21079–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tony Kostovski
PO BOX 823
Saddle Brook, NJ 07663–0823

Social Security No.:
xxx–xx–0095

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/21/21 at 10:00 AM

to consider and act upon the following:

*126* – Certification in Opposition to (related document:124 Creditor's Certification of Default (related document:68 Motion for Relief from Stay re: 79 Getty Ave Clifton NJ 07011. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Motion for Relief from Co–Debtor Stay of Katherine Kostovski, 96 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 03/11/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Russell L. Low on behalf of Tony Kostovski. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 3/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court